## Chilli-O Sales, Inc., Appellee, v. Julius Lockman, Appellant.

### Gen. No. 47,597.

First District, Second Division.

November 6, 1958.

Released for publication December 16, 1958.

N. J. Forgan and C. A. Caplow, for appellant; Morgan, Halligan & Lanoff (Edwin A. Halligan, Donald T. Morrison, Jr., of counsel) for appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**